Civil- (Dec-2008)

HONORABLE: Kari A. Dooley

DEPUTY CLERK Kristen Gould     RPTR/ECRO/TAPE Tracy Gow

TOTAL TIME: _____ hours  37  minutes

DATE: 5/19/2021     START TIME: 9:58pm     END TIME: 10:35am

LUNCH RECESS     FROM: _____     TO: _____

RECESS (if more than ½ hr)     FROM: _____     TO: _____

CIVIL NO. 3:20-cv-01565-KAD

Fay Servicing, LLC                                          Gregory Marshall
                                                            Plaintiff's Counsel
                vs
Wilmington Savings Fund Society, FSB                        N/A
                                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing                ☐ Show Cause Hearing
☑ Evidentiary Hearing           ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ …..# 14  Motion for Judgment _____  ☐ granted ☐ denied ☑ advisement
☐ …..# ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..   ☐ Briefs(s) due _____  ☐ Proposed Findings due _____   Response due _____
☐ ……….   _____   ☐ filed ☐ docketed
☐ ……….   _____   ☐ filed ☐ docketed
☐ ……….   _____   ☐ filed ☐ docketed
☐ ……….   _____   ☐ filed ☐ docketed
☐ ……….   _____   ☐ filed ☐ docketed
☐ ……….   _____   ☐ filed ☐ docketed
☐ ……….   _____ Hearing continued until _____ at _____

Notes: Additional Submission due by June 2, 2021.