UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILMINGTON SAVINGS FUND
SOCIETY, FSB, *Not Individually But as
Trustee for Hilldale Trust doing business
as* Christiana Trust,
    Plaintiff,

v.     CASE NO.  3:20-CV-01565 (KAD)

TURTLEBACK PROPERTIES, LLC,
    Defendant.

## JUDGMENT

The Defendant, having failed to plead, and default under Fed. R. Civ. P. 55(a) having been entered on January 22, 2021 as to Turtleback Properties, LLC, and

The Plaintiff having filed a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b), and the Court having granted Plaintiff's Motion on June 21, 2021, it is hereby;

ORDERED, ADJUDGED and DECREED that, consistent with the Court's Order, default judgment is hereby entered against the Defendant and in favor of the Plaintiff for a sum of $170,822.00, plus pre-judgment interest at the rate of six percent per annum pursuant to Conn. Gen. Stat. § 37-3a, and post-judgment interest on the amount awarded herein as provided by law and the case is closed.

Dated at Bridgeport, Connecticut this 28th day of June 2021.

ROBIN D. TABORA, Clerk

By /s/ Kristen Gould
    Kristen Gould
    Deputy Clerk

EOD: 06/28/2021